AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LYLE FLOYD, a single person,
Plaintiff,

*Plaintiff*

v.

CITY OF GRAND COULEE; GRAND COULEE POLICE CHIEF J.D. TUFTS; SERGEANT GARY W. MOORE; OFFICER JOSEPH HIGGS; OFFICER ADAM FLORENZEN; 1-10 JOHN and JANE DOES,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:21-cv-00211-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendants' Motion to Dismiss (ECF No. 10) is GRANTED.
Plaintiff's Complaint is dismissed with prejudice.
Judgment is entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   STANLEY A. BASTIAN   on a Motion to Dismiss (ECF No. 10)

Date:  10/07/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates